# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▼

| | |
|---|---|
| ENCORE FURNITURE THRIFTS AND MORE, LLC, d/b/a DOUBLE TAP TACTICAL, LLC <br><br> *Plaintiff* <br><br> v. <br><br> DOUBLETAP, INC <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 3:16-CV-2846 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOUBLETAP, INC,
c/o JORDAN MCNETT (Registered Agent)
2735 W 3800 S
CEDAR CITY, UT 84720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  STEPHEN E. GRAUBERGER
FRANKLIN BUSINESS LAW, PLLC
1224 COLUMBIA AVENUE
FRANKLIN, TN 37064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

NOV 0 8 2016

Date: _____

*Signature of Clerk or Deputy Clerk*